UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MUNIF AHMED and MOHAMED
RASHED,

                                Defendants.

19 Cr. 603 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On December 20, 2019, the Court entered an Order setting dates for trial in this action. (Dkt. #40). Specifically, the Court scheduled two different start dates for trial: a tentative date of June 8, 2020, and a back-up date of September 14, 2020. (*Id.*). Given the numerous changes to the Court's docket occasioned by the COVID-19 pandemic, as well as the continuing uncertainty about the resumption of normal operations, the Court believes that it would be wise to finalize the September 14 start date for this case. Accordingly, the Court ADJOURNS the June 8, 2020 trial date and all of its accompanying deadlines. Trial will commence in this case on September 14, 2020, and the parties should follow the relevant deadlines provided in this Court's December 20, 2019 Order.

SO ORDERED.

Dated: April 1, 2020
       New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge