

# Law Office of Evans D. Prieston, P.C.
4740 21st Street, PH, Suite-C, 10th Floor
Long Island City, NY 11101
Tel (718) 424-2444
Fax (718) 424-2445

April 3, 2020

**Sent via ECF:**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thrugood Marshall
United States Courthouse
40 Foley Sqaure
New York, NY 10007



Re: **USA v. MUNIF AHMED – Criminal Case Number: 19-cr-00603 (KPF)**

Dear Honorable Justice:

As you already know, defendant Munif Ahmed is represented by this office in regards to the above-mentioned case number.

Presently, the defendant is asking the court to allow defendant to change his residence for the reason of being with his wife and new born child. If granted, the defendant will be residing at 136 West 168th Street, Apt 7C, Bronx, NY 10452.

Pretrial Services Officer, Ashley Cozme, has deferred to the position of the Court regarding this application.

Therefore, we are respectfully requesting that this Court allow defendant to change his address, in order to reside with his wife and child.

1

Yours truly,

*Evans Prieston*

Evans D. Prieston
Attorney at Law
47-40 21St Street, Tenth Floor
Long Island City, NY 11101
(o) 718-424-2444 (f) 718-424-4225
(c) 914-841-5555
EvansD.Prieston@gmail.com

Application GRANTED.  Defendant is permitted to reside at 136 W 168th Street, Apt. 7C, Bronx, New York, 10452.

Dated:     April 6, 2020          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE