

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2020

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Munif Ahmed and Mohamed Rashed*, 19 Cr. 603 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter on behalf of the parties to jointly request that, in light of the COVID-19 pandemic's current and anticipated effects on the Court's ability to convene a jury trial and the parties' abilities adequately to prepare for trial, the Court reschedule the trial scheduled for September 14, 2020, to early December 2020 or the earliest available date thereafter, and all accompanying deadlines accordingly.

In addition, the Government requests, with consent of both defendants, that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between September 14, 2020, and the date to which the trial is rescheduled, in order to permit the defendants adequately to prepare for trial.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Robert B. Sobelman*

Mollie Bracewell
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2218/2616

cc: Lance Lazzaro, Esq. (by ECF)
    Evans Prieston, Esq. (by ECF)

The Court is in receipt of the parties' request that, due to the ongoing pandemic, the trial scheduled to begin on September 14, 2020, be adjourned to a later date.  The Court agrees that it would be wise to set this trial for a later date, and therefore ADJOURNS the trial beginning on September 14, 2020, and all its associated deadlines, such as the final pretrial conference on September 1, 2020.

The Court instead ORDERS that the following trial schedule will be in effect: Trial will begin on **December 7, 2020, at 9:00 a.m.;** the parties respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **November 9, 2020;** any opposition papers to motions in limine will be due **November 16, 2020;** and the final pretrial conference will be scheduled for **November 23, 2020, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

As a final matter, and at the motion of the parties, it is ORDERED that time is excluded under the Speedy Trial Act between September 14, 2020, and December 7, 2020.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because it will allow Defendants to adequately prepare for trial in the midst of the ongoing pandemic.

Dated:     July 8, 2020            SO ORDERED.
           New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE