UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

MUNIF AHMED,

                Defendant.

19 Cr. 603-1 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Munif Ahmed:

- Trial will commence on **February 8, 2021, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **January 11, 2021**;

- Any opposition papers to motions *in limine* will be due **January 18, 2021**; and

- The final pretrial conference will be scheduled for **January 27, 2021, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    Moreover, based on the Government's motion in its letter of October 2, 2020, it is ORDERED that time is excluded under the Speedy Trial Act between October 5, 2020, and February 8, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and

2

Defendant in a speedy trial because it will allow Defendant to consider all of his options and will allow the parties time to prepare adequately for trial.

SO ORDERED.

Dated: October 5, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge