UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>                              -v.-<br><br>MUNIF AHMED,<br><br>                                        Defendant. | 19 Cr. 603-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this matter is currently scheduled to commence on February 8, 2021.  However, the trial calendar for this District now requires that trial in this matter commence on February 2, 2021.  Accordingly, it is hereby ORDERED that the following revised trial schedule will be in effect as to Defendant Munif Ahmed:

- Trial will commence on **February 2, 2021, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **January 5, 2021**;

- Any opposition papers to motions *in limine* will be due **January 12, 2021**; and

- The final pretrial conference will be scheduled for **January 21, 2021, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   December 11 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge