UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                      :     PROTECTIVE ORDER
UNITED STATES OF AMERICA           :
                                                      :
              -v.-                             :     19 Cr. 603 (KPF)
                                                      :
MUNIF AHMED,                          :
                                                     :
                      Defendant.        :
                                                     :
---------------------------------------------------------------x

Upon the application of the United States of America, Audrey Strauss, Acting United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Mollie Bracewell and Robert B. Sobelman, of counsel, for an order precluding the dissemination of certain materials produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972), with the consent of the defendant, and for good cause shown,

IT IS HEREBY ORDERED that counsel for the defendant must destroy or return to the Government all § 3500 and *Giglio* material and any copies thereof for all non-expert Government witnesses (the "3500 Material") at the later of either the conclusion of the trial of this matter or when any appeal has become final.

IT IS FURTHER ORDERED THAT the defense is prohibited from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense, except during Court proceedings at trial.

Dated: New York, New York
      December 16, 2020

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK