UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>MUNIF AHMED,<br><br>                              Defendant. | 19 Cr. 603-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Trial in this matter is currently scheduled to commence on February 2, 2021.  However, in light of the continuing coronavirus pandemic, as well as attendant restrictions on trials implemented court-wide, the Court hereby ADJOURNS the trial schedule *sine die*.

    SO ORDERED.

Dated:  January 8, 2021
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge