UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>MUNIF AHMED,<br><br>                    Defendant. | 19 Cr. 603-1 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

Earlier today, the Court adjourned the trial schedule in this matter *sine die*. It wishes to make clear that the deadlines for the parties' pretrial submissions, as well as the final pretrial conference scheduled for January 21, 2021, are similarly ADJOURNED *sine die*. The parties are directed to submit a letter with proposed trial dates for the second quarter of this year on or before January 15, 2021.

    SO ORDERED.

Dated:  January 8, 2021
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge