UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            -v.-<br><br>MUNIF AHMED,<br><br>                                      Defendant. | 19 Cr. 603-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Munif Ahmed:

- Trial will commence on **April 19, 2021, at 9:00 a.m.**;

- Any revised or supplemental jury charge requests, proposed *voir dire* questions, and motions *in limine* will be due **March 25, 2021**;

- Any opposition papers to motions *in limine* will be due **April 1, 2021**; and

- The final pretrial conference will be scheduled for **April 8, 2021, at 2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 12, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge