

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2021

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States v. Munif Ahmed.*, 19 Cr. 603 (KPF)

Dear Judge Failla:

      The Government respectfully submits this letter to request, with the defendant's consent, that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 8, 2021 (*see* Dkt. No. 56), until April 19, 2021, when the trial in this matter is scheduled to begin (*see* Dkt. No. 68), in order to permit the defendant adequately to prepare for trial.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: _/s/ Robert B. Sobelman_____
      Mollie Bracewell
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2218/2616

cc: Evans Prieston, Esq. (by ECF)

---

```
Application GRANTED.  The Court hereby ORDERS that time is excluded
under the Speedy Trial Act between February 8, 2021, and April 19,
2021.  The Court finds that the ends of justice served by excluding
such time outweigh the interests of the public and the defendant in a
speedy trial because it will permit defense counsel to continue to
prepare for trial.
```

Dated:    February 3, 2021
              New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE