UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>MUNIF AHMED,<br><br>                              Defendant. | 19 Cr. 603-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. On January 8, 2021, the parties informed the Court that they wished to proceed to trial between April 6, 2021, and June 30, 2021. (*See* Dkt. #67). The Court accordingly ordered that trial would commence on April 19, 2021 (Dkt. #68), and proceeded to request a jury trial for that date.

The Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **April 14, 2021**. The case must be trial-ready for that date. The case is second on the list for jury trials for that day. This means that the case will not proceed on April 14, 2021, if the trial scheduled for that date goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As

soon as the Court confirms that the matter will proceed on April 14, 2021, it will inform the parties.

The Court previously entered a schedule for pretrial submissions, pursuant to which any revised or supplemental jury charge request, proposed *voire dire* questions, and motions *in limine* will be due **March 25, 2021**; and any opposition papers to motions *in limine* will be due **April 1, 2021**.  (*See* Dkt. #68).  A final pretrial conference is scheduled for **April 8, 2021, at 2:00 p.m.** (*See id.*).

SO ORDERED.

Dated:   March 1, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge