UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MUNIF AHMED,

Defendant.

19 Cr. 603-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 1, 2021, the Court entered an Order advising the parties that pursuant to the centralized trial calendaring system currently in place in the Southern District of New York, this case had been placed as second on the jury trial list for April 14, 2021. (Dkt. #71). The Clerk's Office has now notified the Court that this case may proceed to trial on April 19, 2021, the originally requested trial date. Accordingly, the Court ADJOURNS the April 14, 2021 trial start-date, and all its accompanying deadlines.

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Munif Ahmed:

- Trial will commence on **April 19, 2021, at 9:00 a.m.**;

- Defendant's opposition papers to the Government's motions *in limine* will be due on **April 9, 2021**; and

- The final pretrial conference will be scheduled for **April 12, 2021, at 2:00 p.m.** The conference will proceed remotely, and instructions for accessing the conference will be provided to the parties separately.

2

SO ORDERED.

Dated: April 8, 2021
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge