UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,              :
                                       :
                 Plaintiff,     :
                                       :     19cr603 (KPF)
      v.                               :
                                       :     ORDER
                                       :
MUNIF AHMED,                           :
                                       :
                 Defendant.     :
                                       :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated:     April 21, 2021
             New York, New York

                                                                       _____
                                                                        KATHERINE POLK FAILLA
                                                                        United States District Judge