UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                -v.-<br><br>MUNIF AHMED,<br><br>                        Defendant. | 19 Cr. 603 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 2, 2023, the Court received a *pro se* motion for compassionate release from Defendant Munif Ahmed pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court understands that Mr. Ahmed does not wish to have an attorney appointed to assist him, and that he wishes his motion to be filed under seal. The Court hereby GRANTS the sealing request. The Government is directed to file its response on or before **June 30, 2023**.

The Clerk of Court is directed to mail a copy this Order to Mr. Ahmed (BOP #91284-054) at FCI Satellite Prison Camp, P.O. Box 420, Fairton, NJ 08320.

SO ORDERED.

Dated: May 16, 2023
         New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge