

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States* v. *Munif Ahmed*, 19 Cr. 603 (KPF)

Dear Judge Failla:

Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

Thank you for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   \_\_/s/ Mary E. Bracewell_____
Mary E. Bracewell
Assistant United States Attorney
(212) 637-2218

cc:   Counsel of Record (by ECF)

```
Application GRANTED.  The Court wishes Ms. Bracewell luck in her
career.

The Clerk of Court is directed to terminate Ms. Bracewell from
the docket and terminate the pending motion at docket number 120.

Dated:    May 22, 2023           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE