UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> MUNIF AHMED, <br><br>                    Defendant. | 19 Cr. 603-1 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 10, 2021, Defendant Munif Ahmed was sentenced to a term of imprisonment of eighty (80) months, to be followed by a term of three (3) years of supervised release. (Dkt. #105).

On January 18, 2024, Defendant Ahmed filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."), which amendment went into effect on November 1, 2023, and applies retroactively. (Dkt. #127). The United States Probation Department has issued a report indicating that Mr. Ahmed is not eligible for a sentence reduction. (Dkt. #128).

The Court has considered the record in this case, and the submissions on this motion. The Court finds that Defendant Ahmed is ineligible for a reduction in sentence pursuant to Amendment 821 because he received an adjustment under U.S.S.G. § 3B1.1 for holding an aggravating role in the offense. The Court thus DENIES his motion. The Clerk of Court is directed to terminate the motion at docket entry 127, and is further directed to mail a copy of this Order and the related Form AO 247 to Defendant Ahmed at the following address:

    Munif Ahmed
    USM No. 91284-054
    FCI Satellite Prison Camp
    Federal Correctional Institution
    P.O. Box 420
    Fairton, NJ 08320

    SO ORDERED.

Dated:    February 14, 2024
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge